1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8  UNITED STATES OF AMERICA,

9                           Plaintiff,                    Case No. CR13-64-RAJ

10        v.                                              **DETENTION ORDER**

11  JANALISA ESTRADA,

12                           Defendant.

13  Offenses charged:

14        Conspiracy to Commit Bank Robbery and Bank Robbery.

15  Date of Detention Hearing:  April 19, 2013.

16        The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f),

17  and based upon the factual findings and statement of reasons for detention hereafter set forth,

18  finds that no condition or combination of conditions which the defendant can meet will

19  reasonably assure the appearance of the defendant as required and the safety of any other person

20  and the community.

21        **FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

22        Defendant is charged with a crime carrying a presumption of detention and has failed to

23  overcome that presumption. She has a lengthy criminal history and the court received no

DETENTION ORDER - 1

1  information about her ties to the community, employment, financial status, or drug and alcohol

2  use.  Defendant did not contest detention and presented no argument in support of release.

3        It is therefore **ORDERED**:

4        (1)     Defendant shall be detained pending trial and committed to the custody of the

5  Attorney General for confinement in a correctional facility separate, to the extent practicable,

6  from persons awaiting or serving sentences, or being held in custody pending appeal;

7        (2)     Defendant shall be afforded reasonable opportunity for private consultation with

8  counsel;

9        (3)     On order of a court of the United States or on request of an attorney for the

10  Government, the person in charge of the correctional facility in which Defendant is confined

11  shall deliver the defendant to a United States Marshal for the purpose of an appearance in

12  connection with a court proceeding; and

13        (4)     The Clerk shall direct copies of this order to counsel for the United States, to

14  counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services

15  Officer.

16        DATED this 19th day of April, 2013.

17

18

19                        BRIAN A. TSUCHIDA
                         United States Magistrate Judge

20

21

22

23

DETENTION ORDER - 2