Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>JANALISA ESTRADA,<br><br>                Defendant. | No. 2:13-cr-00064-RAJ<br><br>ORDER |

THIS MATTER comes before the Court on Defendant's Pro Se Motion to Lift Federal Detainer (Dkt. 335). The Court has reviewed Defendant's motion, the Government's opposition, the files and pleadings herein, and being fully advised, finds as follows:

The Court agrees with the government's analysis. The lawful detainer originates from an arrest warrant issued by this Court relating to alleged violations of Defendant's supervised release. The Court finds that Defendant has presented no legal authority and no factual basis for the Court to lift the detainer.

Therefore, it is ORDERED that Defendant's Motion to Lift Federal Detainer (Dkt. 335) is DENIED.

DATED this 18th day of January, 2022.

The Honorable Richard A. Jones
United States District Judge

ORDER - 1